## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BRADFORD WALKER DEVRIES,
     Plaintiff,

v.

Case No:  1:19-cv-00370

HON. JANET T. NEFF
MAG. JUDGE SALLY J. BERENS

SCHNEIDER TIRE OUTLET, INC.,
A Domestic Profit Corporation, and
MATTHEW J. SCHNEIDER, an
Individual, jointly and severally,
     Defendants.

| | |
|---|---|
| Robert Anthony Alvarez (P66954) | Allan S. Rubin (P44420) |
| Agustin Henriquez (P79589) | Daniel C. Waslawski (P78037) |
| AVANTI LAW GROUP, PLLC | JACKSON LEWIS P.C. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 600 28th St. SW | 2000 Town Center, Suite 1650 |
| Wyoming, Michigan  49509 | Southfield, Michigan 48075 |
| (616) 257-6807 | (248) 936-1900 |
| ralvarez@avantilaw.com | rubina@jacksonlewis.com |
| | daniel.waslawski@jacksonlewis.com |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE AND WITHOUT ATTORNEY FEES OR COSTS

This matter having come before the Court following a settlement conference in which the parties, their respective counsel and the Court participated, and the Court having scrutinized the settlement and accompanying submissions, the Court is satisfied that the settlement was reached as a result of contested litigation, and is a fair and reasonable resolution of a bona fide dispute between the parties. Accordingly:

**IT IS HEREBY ORDERED** that the settlement reached between the parties be and is hereby APPROVED.

**IT IS FURTHER ORDERED** that this case be and is hereby DISMISSED with prejudice, and without attorney fees or costs, except as set forth in the settlement agreement.

**IT IS SO ORDERED.**


Dated: December 11, 2019                         ___/s/ Janet T. Neff_____
                                                 U.S. District Judge Janet T. Neff